**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

In re: STEPHEN D. BLOCK,
Debtor.

MARC D. WALLICK, TRUSTEE,
Plaintiff,

v.

NICHOLAS E. CAMBIO and
UNIVERSAL PROPERTIES GROUP, INC.
Defendants.

C.A. No. 01-125-L
C.A. No. 01-272-L
C.A. No. 03-50-L
C.A. No. 03-136-L

RECEIVED
MAY 20 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DISMISSAL STIPULATION**

NOW COME Nicholas E. Cambio and Universal Properties Group, Inc., the appellants of the final judgments in Adversary Proceeding Nos. 99-1054 and 99-1055, which were entered by the United States Bankruptcy Court For the District of Rhode Island in Bankr. No. 96-11813, and they hereby dismiss their appeals in said matters, with prejudice.

NICHOLAS E. CAMBIO and
UNIVERSAL PROPERTIES GROUP, INC.
By their Attorneys,

Enter:
Ronald R. Lagueux
Sr. USDJ 5/25/04

Brian LaPlante, Esq. # 5861
LaPlante & Sowa, Ltd.
67 Cedar Street, Suite 102
Providence, RI 02903
Tel: 401-273-0200
Fax: 401-273-0250

DATED: 5/18/04

57